FILED
CLERK, U.S. DISTRICT COURT

9/15/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Felipe Casillas,**<br><br>Defendant. | **CASE NO. 2:17-cv-03297-WDK-PLA**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT FELIPE CASILLAS, individually and d/b/a DOS HERMANOS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendant FELIPE CASILLAS, individually and d/b/a DOS HERMANOS that the above-entitled action is hereby dismissed **with prejudice** against FELIPE CASILLAS, individually and d/b/a DOS HERMANOS.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: September 15, 2017
**The Honorable William D. Keller
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

///

///

**ORDER OF DISMISSAL
Case No. 2:17-cv-3297-WDK -PLA
PAGE 1**